

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

October 29, 2020

**BY EMAIL**
The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re: *United States v. Vincent Jackson, a/k/a "Coke," et al.,*
       20 Cr. 574

Dear Judge McCarthy,

    The Government respectfully requests that the currently sealed indictment in the above referenced case be unsealed. Three of the four defendants were arrested and presented before Your Honor on October 29, 2020. Accordingly, this matter need not remain sealed any longer.

                           Very truly yours,

                           AUDREY STRAUSS
                           Acting United States Attorney

                by: _____
                       Benjamin A. Gianforti
                       Assistant United States Attorney
                       (914) 993-1919

SO ORDERED:

_Judith C. McCarthy_____  10-29-2020
JUDITH C. McCARTHY
United States Magistrate Judge