UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

VINCENT JACKSON

Defendant(s).
----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 -CR- 574 ( )

Defendant ___VINCENT JACKSON___ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

_X_  Initial Appearance Before a Judicial Officer

___  Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_X_  Bail/Detention Hearing

_X_  Conference Before a Judicial Officer

_____Vincent Jackson / MKB_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

___VINCENT JACKSON___
Print Defendant's Name

_____Michael K Burke_____
Defendant's Counsel's Signature

___MICHAEL K. BURKE___
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

___10/29/2020___
Date

___Judith C. McCarthy___
U.S. ~~District Judge/U.S. Magistrate~~ Judge