<mark>MEMO ENDORSED</mark>



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 9, 2021

**BY ECF**

The Honorable Nelson S. Roman
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

    Re:    *United States v. Vincent Jackson, et al.,* 20 Cr. 574 (NSR)

Dear Judge Roman:

    The Government respectfully submits this letter with the consent of all defense counsel to request an adjournment of the upcoming status conference, currently scheduled for March 12, 2021, for approximately 45 days.[1]

    Since the last status conference, the Government has made discovery available to the defense, and defense counsel has not yet finished review of the discovery to determine what motions, if any, they may wish to make. The parties have also discussed potential dispositions of this case without a trial. The requested adjournment is appropriate to allow defense counsel to determine what motions, if any, they wish to make, and to allow the parties time to continue their negotiations. Further, the Government requests that the time between the date of this letter and the next scheduled conference date be prospectively excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interest of justice.

        Respectfully submitted,

        AUDREY STRAUSS
        United States Attorney

        By:    /s/
        Christopher D. Brumwell
        Assistant United States Attorney
        917-710-0661



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/2021

cc: Defense Counsel (by ECF)

---

[1] While the Government and counsel for all four defendants are requesting to adjourn the status conference in this case, the Government and Robert Brown wish to have the Government's bail appeal heard on March 12, 2021.

---

**Endorsement:**

The Govt's request to adjourn the Status Conf. from Mar. 12, 2021 until Apr. 27, 2021 at 1:00 pm or, alternatively, Apr. 30. at 3:00 pm is granted upon all Deft. counsels' consent. Clerk of Court requested to terminate the motion (doc. 53). Deft. Brown's bail appeal remains set for Mar. 12, 2021 at 1:00 pm.
Dated: March 11, 2021

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE