UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

UNITED STATES OF AMERICA

    -against-

VINCENT JACKSON,

              Defendant.

------------------------------------------------------x

**ORDER**

20 Cr. 574-01 (NSR)

**NELSON S. ROMÁN, U.S.D.J.:**

The C.J.A. attorney assigned to this case   __Michael K. Burke__   is hereby ordered substituted
                                                            Attorney's Name

and the representation of the defendant in the above captioned matter is assigned to C.J.A. attorney

  __Andrew Patel__   effective April 1, 2022.
    Attorney's Name

SO ORDERED.

Dated: White Plains, New York
       April 1, 2022

_____
NELSON S. ROMÁN,
UNITED STATES DISTRICT JUDGE



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/1/2022