**MEMO ENDORSED**



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 10, 2022

**BY ECF**

The Honorable Nelson S. Roman
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   *United States v. Vincent Jackson, et al.,* **20 Cr. 574 (NSR)**

Dear Judge Roman:

    The Government respectfully submits this letter with the consent of all defense counsel to request an adjournment of the upcoming status conference, currently scheduled for May 11, 2022, for approximately 45 days.

    Since the last status conference, the parties have continued to discuss potential dispositions of this case without a trial. Counsel anticipates that defendant Robert Brown will enter a plea of guilty, pursuant to a plea agreement, in the coming weeks. Additionally, the Government has made discovery available to defense counsel. The requested adjournment is appropriate to allow defense counsel to determine what motions, if any, they wish to make, and to allow the parties time to continue and finalize their plea negotiations. Further, the Government requests that the time between the date of this letter and the next scheduled conference date be prospectively excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interest of justice.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____/s/_____
Christopher D. Brumwell
Assistant United States Attorney
212-637-2477

cc: Defense Counsel (by ECF)

---

The Govt's request to adjourn the telephonic Status Conf. from May 11, 2022 until July 1, 2022 at 3 pm is GRANTED with consent of both defense counsel. Clerk of Court is requested to terminate the motion (doc. 101).
Dated: White Plains, NY
      May 10, 2022

**SO ORDERED:**

*/s/ Nelson S. Roman*
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/10/2022